1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON
7
8   WESTERN SIGNATURE          )
    PROPERTIES, a California    )
    corporation; et al.,        )
9                Plaintiffs,    )      No. CV-07-313-LRS
                                )
10      vs.                     )      **ORDER OF DISMISSAL**
                                )
11                              )
    FRED MEYER, INC., a Delaware )
12  corporation, et al.,        )
                                )
13               Defendants.    )
    _____ )
14
15        Pursuant to the stipulation filed by the parties (Ct. Rec. 42), the captioned

16  action, and all claims and counterclaims therein, are **DISMISSED with prejudice**.

17  The parties shall bear their own fees and costs.

        **IT IS SO ORDERED.**  The District Executive shall forward copies of this
18
    order to counsel of record and **CLOSE** this file.
19
        **DATED** this ___16th___ of January, 2009.
20
21                              _s/Lonny R. Suko_
22                              _____
                                LONNY R. SUKO
23                              United States District Judge
24
25
26
27
28

**ORDER OF DISMISSAL-**      **1**